**ORTHO–MCNEIL PHARMACEUTI-
CAL, INC., Plaintiff–Appellee,**

v.

**COBALT PHARMACEUTICALS
INC., Defendant–Appellant.**

No. 2007–1159.

United States Court of Appeals,
Federal Circuit.

April 26, 2007.

ON MOTION

*ORDER*

Upon consideration of Cobalt Pharmaceuticals Inc.'s unopposed motion to voluntarily dismiss appeal 2007–1159, from the United States District Court for the District of New Jersey, case nos. 05–CV–4961 and 05–CV–5920,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) The revised official captions are reflected above.

(3) Each side shall bear its own costs in 2007–1159.

**Patrick F. D'AMICO, Claimant–
Appellant,**

v.

**R. James NICHOLSON, Secretary of
Veterans Affairs, Respondent–
Appellee.**

No. 2007–7140.

United States Court of Appeals,
Federal Circuit.

April 26, 2007.

ON MOTION

*ORDER*

Upon consideration of Patrick F. D'Amico's unopposed motion to voluntarily dismiss his appeal, from the United States Court of Veterans Claims, case no. 05–0155,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.